AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

MIKE V. MATA

v.

E. I. DU PONT DE NEMOURS AND COMPANY,
a Delaware corporation; E. I. DU PONT DE
NEMOURS AND COMPANY, Plan Administrator;
And
PENSION AND RETIREMENT PLAN,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 423

TO: (Name and address of defendant)
E. I. DU PONT DE NEMOURS AND COMPANY
Legal Department
1007 Market Street
Wilmington, DE 19898

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
JOHN M. STULL, ESQ.
1300 N. Market Street, Suite 700
P. O. Box 1947
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Monica Moseley_
(BY) DEPUTY CLERK

AUG - 9 2005

DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE<br>AUGUST 10, 2005 |
|---|---|
| NAME OF SERVER (PRINT)<br>JOHN M. STULL | TITLE<br>-- |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Marie S. Manuel - Admin. Assistant*, Office of the Corporate Secretary, 1007 Market Street, Wilmington, DE 19898

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -- | 15.00 | 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 10, 2005
Date

Signature of Server  *John M. Stull*
John M. Stull
1300 N. Market St., #700
Address of Server  Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.