AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DELAWARE
### DISTRICT OF

MIKE V. MATA

**SUMMONS IN A CIVIL CASE**

v.

E. I. DU PONT DE NEMOURS AND COMPANY,
a Delaware corporation; E. I. DU PONT DE
NEMOURS AND COMPANY, Plan Administrator;
And
PENSION AND RETIREMENT PLAN,
        Defendants.

CASE NUMBER: 05-423

TO: (Name and address of defendant)
PENSION AND RETIREMENT PLAN
c/o E. I. DU PONT DE NEMOURS AND COMPANY
Legal Department
1007 Market Street
Wilmington, DE 19898

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN M. STULL, ESQ.
1300 N. Market Street, Suite 700
P. O. Box 1947
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

AUG - 9 2005

CLERK

DATE

_Monica Mooley_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 10, 2005 |
| NAME OF SERVER (PRINT) JOHN M. STULL | TITLE - - |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Marie S. Lemuel - Admin. Assistant, Offices of the Corporate Secretary, 1007 Market Street, Wilmington, Delaware 19898

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| - - | 15.00 | 15.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 10, 2005
              Date

Signature of Server
John M. Stull
1300 N. Market Street, #700
Address of Server
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.