IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-423 (KAJ) |
| ) | |
| v. ) | |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, a Delaware corporation; ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, Plan Administrator; and ) | |
| PENSION AND RETIREMENT PLAN, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the time within which Defendants E. I. du Pont de Nemours and Company and the Pension and Retirement Plan must answer or otherwise move with respect to Plaintiff's Complaint is extended to and including September 30, 2005.

| | |
|---|---|
| JOHN M. STULL, ESQUIRE | POTTER ANDERSON & CORROON LLP |
| By /s/ John M. Stull | By: /s/ Sarah E. DiLuzio |
| John M. Stull (No. 568) | Kathleen Furey McDonough (No. 2395) |
| 1300 North Market Street | Mary E. Copper (No. 2397) |
| Suite 700 | Sarah E. DiLuzio (No. 4085) |
| P.O. Box 1947 | 1313 North Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 654-0399 | Telephone: (302) 984-6000 |
| Facsimile: (302) 654-0884 | Facsimile: (302) 658-1192 |
| jstullesq@aol.com | sdiluzio@potteranderson.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Dated: August 30, 2005 | |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge