## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIKE V. MATA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-423 (KAJ) |
| | ) | |
| E. I . DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation; | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, Plan Administrator; and | ) | |
| PENSION AND RETIREMENT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

### DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant E. I. du Pont de Nemours and

Company, by and through its undersigned attorneys, hereby certifies as follows:

Defendant E. I. du Pont de Nemours and Company ("DuPont") is a publicly

traded corporation organized and existing under the laws of the State of Delaware. DuPont has

no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
    Mary E. Copper (No. 2397)
    Kathleen Furey McDonough (No. 2395)
    Sarah E. DiLuzio (No. 4085)
    1313 North Market Street
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    Facsimile:  (302) 658-1192
    Email:  kmdonough@potteranderson.com

Attorney for Defendants

Dated:  October 24, 2005
702476

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kathleen Furey McDonough, hereby certify this 24th day of October, 2005, that

the foregoing **DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed

with U.S. District Court District of Delaware via CM/ECF which will send notification of such

filing that the document is available for viewing and downloading via CM/ECF to the following

counsel of record:

> John M. Stull (No. 568)
> 1300 North Market Street
> Suite 700
> P.O. Box 1947
> Wilmington, DE 19801
> Telephone: (302) 654-0399
> Facsimile: (302) 654-0884
> jstullesq@aol.com

> /s/ Kathleen Furey McDonough
> Kathleen Furey McDonough (No. 2395)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6279
> (302) 658-1192
> kmcdonough@potteranderson.com

PA&C-702476v1