## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

October 26, 2005

John M. Stull, Esq.
1300 N. Market Street - #700
Wilmington, DE 19701

Kathleen Furey McDonough, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street - 6th Fl.
Wilmington, DE  19081

Re: Mike V. Mata v. E.I. duPont de Nemours and Company, et al.
Civil Action No. 05-423-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court