
Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032 Direct Phone
302 658-1192 Fax

November 17, 2005

By Efile and Hand Delivery

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Mike V. Mata v. E. I. du Pont de Nemours and Company,*
C. A. No. 05-423 (KAJ)

Dear Judge Jordan:

Pursuant to the Court's directive, enclosed is a proposed Scheduling Order in the captioned matter, which has been agreed to by counsel for both parties.

The parties are available for the scheduling conference with the Court on Tuesday, November 22, 2005.

Respectfully,

Kathleen Furey McDonough
kmcdonough@potteranderson.com (#2395)

KFM/aeb:707955
Enclosure
cc: John M. Stull, Esquire (by ECF)