

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302 984-6032 Direct Phone
302 658-1192 Fax

November 23, 2005

<u>By Efile and Hand Delivery</u>

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   <u>*Mike V. Mata v. E. I. du Pont de Nemours and Company,*
                C. A. No. 05-423 (KAJ)</u>

Dear Judge Jordan:

      Pursuant to the Court's directive, enclosed please find the Scheduling Order in the captioned matter which was finalized during the telephonic scheduling conference held before Your Honor today.

                                      Respectfully,

                                      Kathleen Furey McDonough
                                      <u>kmcdonough@potteranderson.com</u> (#2395)

KFM/pwm:708536
Enclosure
cc: John M. Stull, Esquire (by ECF)