IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-423 (KAJ) |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, a Delaware corporation; ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, Plan Administrator; and ) | |
| PENSION AND RETIREMENT PLAN, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' INITIAL DISCLOSURES
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)

Defendants E. I. du Pont de Nemours and Company ("DuPont"), E. I. du Pont de Nemours and Company, Plan Administrator ("Plan Administrator"), and the DuPont Pension and Retirement Plan ("the Plan") (collectively, "Defendants"), by and through their undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A) Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

**Response:**

| Individual | Areas of Knowledge |
|---|---|
| Mike V. Mata | All aspects of Plaintiffs' claims. |

As a current employee of DuPont or one or more of its parent, subsidiary and/or affiliate corporations, the following individual may not be contacted, except through the undersigned counsel:

| | |
|---|---|
| Andrew F. Lesser | The determination of Plaintiff's eligibility for retirement benefits under the DuPont Plan and Plaintiff's appeal of the determination. |

(B)  Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

**Response:**

1. Documents related to the DuPont Pension and Retirement Plan (the "DuPont Plan");

2. Documents related to the determination of Plaintiff's eligibility for retirement benefits from the DuPont Plan; and

3. Documents related to Plaintiff's appeal of the determination of Plaintiff's eligibility for retirement benefits under the DuPont Plan.

(C)  A computation of any category of damages claimed by Defendant:

**Response:**  None.

(D)  Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response:**  None.

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
  Mary E. Copper (No. 2397)
  Kathleen Furey McDonough (No. 2395)
  Sarah E. DiLuzio (No. 4085)
  1313 North Market Street
  Wilmington, DE  19801
  Telephone:  (302) 984-6000
  Facsimile:  (302) 658-1192
  Email: kmdonough@potteranderson.com

Attorneys for Defendants

Dated: December 19, 2005
PA&C-710280v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-423 (KAJ) |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, a Delaware corporation; ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, Plan Administrator; and ) | |
| PENSION AND RETIREMENT PLAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants E. I. du Pont de Nemours and Company, E. I. du Pont de Nemours and Company, Plan Administrator, and the DuPont Pension and Retirement Plan ("the Plan") hereby certifies that true and correct copies of the Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were caused to be served on December 19, 2005, on the attorney of record at the following address as indicated:

> John M. Stull (No. 568)
> 1300 North Market Street
> Suite 700
> P.O. Box 1947
> Wilmington, DE 19801
> Telephone: (302) 654-0399
> Facsimile: (302) 654-0884
> jstullesq@aol.com

>> /s/ Kathleen Furey McDonough
>> Kathleen Furey McDonough (No. 2395)
>> Hercules Plaza – Sixth Floor
>> 1313 North Market Street
>> Wilmington, DE 19801
>> (302) 984-6279
>> (302) 658-1192
>> kmcdonough@potteranderson.com

PA&C-710280v1