

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

January 30, 2006

**ELECTRONIC FILING and HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: Mike Mata v. E. I. Du Pont de Nemours and Company, et.al.,
C.A. No. 05-423 (KAJ)

Dear Judge Jordan:

Pursuant to the Court's Scheduling Order in the above-referenced matter, I am writing on behalf of Defendants E. I. du Pont de Nemours and Company and the DuPont Pension and Retirement Plan to provide the Court with a brief status report in anticipation of the teleconference scheduled for February 6, 2006 at 4:30 p.m.

This is an action arising under the Employee Retirement Income Security Act ("ERISA"). The parties are in the early stages of discovery. Defendants filed and served their initial disclosures pursuant to Rule 26(a) on December 19, 2005. To date, plaintiff has not served his initial disclosures. Defendants anticipate serving their first request for the production of documents shortly. The parties have also conferred with the Court and scheduled mediation with Magistrate Judge Thynge for March 23, 2006.

On January 27, 2006, counsel for plaintiff, John Stull, contacted the undersigned and indicated that he would be out of town and unable to submit a status report to the Court as scheduled. However, Mr. Stull indicated that he agreed with the substance of the above report.

The Court's consideration of this matter is appreciated.

Respectfully,

Sarah E. DiLuzio
(DE Bar I.D. 4085)

cc: Clerk of the U.S. District Court (via CM/ECF)
 John M. Stull, Esquire (via CM/ECF)