IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-423-KAJ |
| ) | |
| E. I. DU PONT DE NEMOURS AND ) | |
| COMPANY, a Delaware corporation; E. I. ) | |
| DU PONT DE NEMOURS AND ) | |
| COMPANY, Plan Administrator; and ) | |
| PENSION AND RETIREMENT PLAN, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **2nd** day of **February, 2006**,

IT IS ORDERED that the status teleconference presently set for **February 6, 2006 at 4:30 p.m.** is hereby rescheduled to **February 8, 2006 at 4:00 p.m.** Counsel for plaintiff shall initiate the call.

UNITED STATES DISTRICT JUDGE