## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-423-KAJ |
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation; E. I. DU PONT DE NEMOURS AND COMPANY, Plan Administrator; and PENSION AND RETIREMENT PLAN, | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **13th** day of **February, 2006**,

IT IS ORDERED that the mediation conference scheduled for Thursday, March 23, 2006 beginning at 9:00 a.m. has been rescheduled to **Wednesday, March 22, 2006 beginning at 9:00 a.m.** Submissions of the parties shall be due on or before **Monday, March 13, 2006.** All other provisions of the Court's January 23, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE