IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIKE V. MATA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-423 (KAJ) |
| | ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation; E. I. DU PONT DE NEMOURS AND COMPANY, Plan Administrator; and PENSION AND RETIREMENT PLAN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO TAKE DEPOSITION OF PLAINTIFF MIKE MATA**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants E. I. du Pont de Nemours and Company, E. I. du Pont de Nemours and Company, Plan Administrator, and the DuPont Pension and Retirement Plan, by their undersigned attorneys, will take the deposition upon oral examination of Plaintiff Mike Mata before an officer duly authorized to administer an oath, commencing on **March 16, 2006**, beginning at 10:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The deposition will be recorded stenographically and/or by audio. You are invited to attend and participate.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah DiLuzio
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street, P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
kmdonough@potteranderson.com
sdiluzio@potteranderson.com

Dated: February 22, 2006                           *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIKE V. MATA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-423 (KAJ) |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation; | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, Plan Administrator; and | ) | |
| PENSION AND RETIREMENT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants E. I. du Pont de Nemours and Company, E. I. du Pont de Nemours and Company, Plan Administrator, and the DuPont Pension and Retirement Plan ("the Plan") hereby certifies that true and correct copies of the Notice to Take Deposition of Plaintiff Mike Mata was caused to be served on February 22, 2006, on the attorney of record at the following address as indicated:

        John M. Stull (No. 568)
        1300 North Market Street
        Suite 700
        Wilmington, DE 19801
        Telephone: (302) 654-0399
        Facsimile: (302) 654-0884
        jstullesq@aol.com

        _/s/ Sarah E. DiLuzio_
        Sarah E. DiLuzio (DSB ID No. 4085)
        POTTER ANDERSON & CORROON LLP
        1313 North Market Street
        Post Office Box 951
        Wilmington, Delaware 19899-0951
        Tel: (302) 984-6000
        E-mail: sdiluzio@potteranderson.com

720842