## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on February 22, 2006, I electronically filed true and correct copies of the foregoing NOTICE TO TAKE DEPOSITION OF PLAINTIFF MIKE MATA with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two copies to the following counsel of record:

John M. Stull (No. 568)
1300 North Market Street
Suite 700
Wilmington, DE 19801
Telephone: (302) 654-0399
Facsimile: (302) 654-0884
jstullesq@aol.com

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

720842