IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
|       Plaintiff, ) | |
|     v. ) | C.A. No. 05-423(KAJ)) |
| E. I. DU PONT DE NEMOURS AND COMPANY, ) | |
|  a Delaware corporation; E. I. DU PONT DE ) | |
| NEMOURS AND COMPANY, Plan Administrator, ) | |
|  and ) | |
| PENSION AND RETIREMENT PLAN, ) | |
|       Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2006, as counsel for Plaintiff, I did by means of hand delivery provide two (2) copies of the within Plaintiff's First Set of Interrogatories Directed to Defendants, and two (2) copies of Plaintiff's Response to Defendants' Request for Production of Documents Directed to Plaintiff to the offices of counsel of record at the address noted below:

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough, Esq.
Sarah E. DiLuzio, Esq.
1313 North Market Street, P. O. Box 951
Wilmington, DE 19899

                                              /s/ JOHN M. STULL
                                              John M. Stull, Esq. (Bar No. 568)
                                              1300 North Market Street, Ste #700
                                              P. O. Box 1947
                                              Wilmington, DE 19899-1947
                                              Phone 302) 654-0399
                                              Attorney for Plaintiff
                                              jstullesq@AOL.Com.

Dated:  February 24, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, | ) |
|         Plaintiff, | ) |
|         v. | ) C.A. No. 05-423(KAJ)) |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) |
|  a Delaware corporation; E. I. DU PONT DE | ) |
| NEMOURS AND COMPANY, Plan Administrator, | ) |
|  and | ) |
| PENSION AND RETIREMENT PLAN, | ) |
|         Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2006, as counsel for Plaintiff, I did by means of hand delivery provide two (2) copies of the within Plaintiff's First Request for Document Production Directed to Defendants, to the offices of counsel of record at the address noted below:

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough, Esq.
Sarah E. DiLuzio, Esq.
1313 North Market Street, P. O. Box 951
Wilmington, DE 19899

/s/ JOHN M. STULL
John M. Stull, Esq. (Bar No. 568)
1300 North Market Street, Ste #700
P. O. Box 1947
Wilmington, DE 19899-1947
Phone 302) 654-0399
Attorney for Plaintiff
jstullesq@AOL.Com.

Dated: February 24, 2006