IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-423 (KAJ) |
| | ) |
| E. I. DU PONT DE NEMOURS AND | ) |
| COMPANY, a Delaware corporation; | ) |
| E. I. DU PONT DE NEMOURS AND | ) |
| COMPANY, Plan Administrator; and | ) |
| PENSION AND RETIREMENT PLAN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants hereby certifies that true and correct copies of **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were served this 30th day of March, 2006 on the following attorney of record at the address indicated:

**Via Hand Delivery**
John M. Stull (No. 568)
1300 North Market Street
Suite 700
P.O. Box 1947
Wilmington, DE 19801

*/s/ Sarah E. DiLuzio*
_____
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com
*Attorneys for Defendants*

PAC 725917v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006, the attached document was hand delivered to the following attorney of record and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**Via Hand Delivery**
John M. Stull (No. 568)
1300 North Market Street
Suite 700
P.O. Box 1947
Wilmington, DE 19801

/s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D. 2395)
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

*Attorneys for Defendants*

PAC 725917v1