```
                                                          Page 1
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
 2   ----------------------------------X
     MIKE V. MATA,                     :
 3                                     :
          Plaintiff,                   :
 4                                     :   C.A. No.
          v.                           :   05-423 (KAJ)
 5                                     :
     E.I. DU PONT DE NEMOURS AND       :
 6   COMPANY, a Delaware corporation;  :
     E.I. DU PONT DE NEMOURS AND       :
 7   COMPANY, Plan Administrator; and  :
     PENSION AND RETIREMENT PLAN,      :
 8                                     :
          Defendants.                  :
 9   ----------------------------------X

10

11

12           Deposition of MIKE V. MATA, taken

13   pursuant to notice before Adam D. Miller,

14   Registered Professional Reporter and Certified

15   Shorthand Reporter, in the law offices of Potter

16   Anderson & Corroon LLP, Hercules Plaza, 1313

17   Market Street, 6th Floor, Wilmington, Delaware, on

18   Thursday, March 16, 2006, beginning at

19   approximately 1:52 p.m., there being present:

20

21

22

23

24

25                                                    B1
```

1   time got hit.

2           (Exhibit 4 was marked for

3   identification.)

4   BY MS. DiLUZIO:

5       Q.   Okay.  Mr. Mata, the court reporter's

6   just handed you what's been marked as Defendant's

7   Exhibit 4.  It's a one-page document.  And the

8   title at the top is "Expression of Interest to be

9   Terminated for Lack of Work."

10          Do you recognize this document?

11      A.   Yes.

12      Q.   Okay.  And can you tell me what it is?

13      A.   My understanding of this document was

14  that I was going to be the one that got the ax

15  because -- well, that's neither here nor there

16  either -- that I was going to be the one that got

17  the ax, most likely, and that rather than lose the

18  chance of getting the CTP, that it would increase

19  my chance -- a formality just to make sure that

20  nothing went wrong with me getting the CTP.

21      Q.   And what's the CTP?

22      A.   Career transition program.

23      Q.   Is that essentially a severance

24  benefit?

25      A.   Yes.

**B2**

Page 99

1   required to do or felt that you had voluntarily

2   wanted to quit your job?

3       A.   No.  It was something that, that I

4   would have been a fool not to do.

5       Q.   Okay.  You were coerced, in other

6   words?

7       A.   Yes.

8              MS. DiLUZIO:  Objection.  You are

9   on redirect, John.  You need to have direct

10  examination.

11             MR. STULL:  Okay.  This is

12  redirect.

13  BY MR. STULL:

14      Q.   But counsel also asked you about this

15  form prior --

16      A.   Yes.

17      Q.   -- in prior testimony.

18             As a part of your CTP benefit,

19  counsel asked you to describe that benefit, I

20  believe.  And what's your description of the CTP

21  benefit in terms of years of service and

22  calculation of your lump sum?

23      A.   I was very, very clear that it's the

24  same policy for everybody.  It's 15 years and 50

25  is the magic numbers for early retirement.

B3

Page 112

```
1        Q.   -- it says, Termination reason.  And
2   there's a little X marked next to the line that
3   says, CTP, dash, pension eligible.
4        A.   Right.  I see it.
5        Q.   You said that Ross Morgan put that X
6   there?
7        A.   Yes.
8        Q.   And he was your direct supervisor?
9        A.   Yes.  Yes, he was.
10       Q.   Was Mr. Morgan an HR representative or
11  involved with the pension --
12       A.   No.
13       Q.   -- calculations in any way?
14       A.   No.  No.  He was a product platform
15  manager.
16       Q.   Does this document say anywhere that
17  you're eligible for early retirement benefits?
18       A.   Doesn't mention early retirement
19  benefits; just says I'm pension eligible.  So, no,
20  I guess the answer would have to be.
21            MS. DiLUZIO:  Okay.  No further
22  questions.
23            (Deposition concluded at 4:28 p.m.)
24
25                                              B4
```

**DUPONT HR SERVICE COMPANY**  **TERMINATION FORM**
**COMPENSATION CENTER**                01/01/2003
**CONFIDENTIAL**

Employee Name: MICHAEL VICTOR VATA   SSN: 554 72 3022
Employee Business/Function & Site: DPC / PRODUCT TECHNICIAN / WILMINGTON
Employee Phone No:   Home (302) 654 1546   Work (302) 981-8831

**Effective Date of Term:** __/__/__
**Pay Frequency**          Monthly ✓   Semi Monthly ___   LSE ___
**Current Work Schedule:** _____
(ie, if different from five 8hr. days - be specific)
**Last Day Worked:** 6/30/04

**Date To Be Paid Through*:** 6/30/04
* if different from last day worked, name of authroizer: _____

**Termination Reason:** LACK OF WORK
**Salary Distribution:** General Ledger ___  Sub Account ___  Percent ___
(No more than 10; must equal 100%)

Address Change?   ___ Yes  ✓ No
If yes, new address: _____

Phone Change? If yes, new no: ( )
Effective Date of Address Change: __/__/__

If canceling Current Bank Deposit, call DuPont Connection with new bank deposit information, or put a notation in the comments that you would like a live check delivered and the address where you want the check delivered.

If employee is an LSE, no need to continue these sections:

**VACATION REMAINING:**         Current 120 (hours)   Carryover 0 (hours)
**PURCHASED BENEFLEX VAC:**         Purchased 0 (hours)  Used ___ (hours)
**ELIGIBLE FOR PRORATA VACATION** (Illinois and Calif. Only)   Yes ___ No 0

**CONTINUE HEALTH CARE SPENDING ACCT?**   Yes* X   No ___   N/A ___
*if yes - deduct $_____ for remainder of year

**LOANS?**
If yes to any question, employee must contact Debbie Griffin 302 774 - 5827

HPAL (Home Purchase Assistance Loan)   Yes ___ No X
New Hire Loan                           Yes ___ No X
Equity Allowance Loan                   Yes ___ No X

Comments: WOULD STILL LIKE DIRECT DEPOSIT TO CURRENT ACCOUNT

From: _____   Date: _____

B5

THIS FORM MU... COMPLETED AND RETURNE... THE 16TH OF THE
MONTH OF YOUR ...PARATION DATE TO: PATTY DRYSDALE, BMP21-1213

# CTP FINAL PAY

Employee Name: __MICHAEL VICTOR MATA__    SSN: __554723022__
Effective Date of Termination (Off Roll-Date): __JUNE 30, 2004__

### Termination Reason: (Check One):
__X__ (PN) CTP – Pension Eligible    ____ (NW) CTP - Non – Pension Eligible
Reserve Cost Code: _____ (for HR use only – to be effective immediately after final regular and/or vacation check has been issued)

### Vacation:
Regular Vacation Hours remaining (not including purchased or carryover) __15 DAYS (120 HOURS)__
Carryover __0__ hours
Purchased Vacation: Purchased __0__ hours Used ____ hours Remaining ____
Is the employee eligible for Pro-rata Vacation (Illinois and California)? __No__

### Medical Coverage: (to be completed for non-pension eligible employees only)
- Continue Medical coverage through 12 month extended period (non-pension eligible)?
    Yes __X__    No ____
- Option for Payment of Premium:
    Regular/Vacation pay ____    Direct Billing __X__

✓ I understand if I elect deduction from pay, the full 12-month premium will be deducted on a before-tax basis from regular salary and/or vacation termination pay. The coverage will remain in effect for the full 12-month period and no refund will be permitted, even if I terminate coverage before the expiration of the 12 months.
✓ I understand if I elect direct billing through Aetna, I will pay premiums for extended coverage monthly on an after tax basis. I will be subject to premium increases as applicable and may cancel coverage at any time. I also understand coverage will terminate if I fail to make monthly payments in a timely manner.

### Health Care Spending:
- **Continue Health Care Spending Account through year-end?** Yes __X__ No ____
    (lump sum from regular/vacation pay)

### Other deductions:
- Garnishments: Yes __X__    No ____    New Hire Loans: Yes ____ No __X__
If yes, contact Shirley Willerton -774-2208    If yes, contact Debra Griffin-774-5827

### Important notes:
- Credit Unions/Miscellaneous Deductions- contact vendor directly regarding account.
- Address Changes/Bank Changes – contact DuPont Connection on 1-800-775-5955

Employee's Signature __Mike Mata__    Date __4/30/4__
Telephone # __302 981 8831__    Site __BMP__    Site Contact →
Site Contact Telephone # __302 992 2978__
Patty drysdale

B6

2004 RESTRUCTURING
4/23/04

_____
/Exit Interviewer

Case 1:05-cv-00423-KAJ    Document 41-2    Filed 05/15/2006    Page 7 of 7

**B7**