IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | C.A. No. 05-423(KAJ) |
| ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, ) | |
| a Delaware corporation; E. I. DU PONT DE ) | |
| NEMOURS AND COMPANY, Plan Administrator; ) | |
| And ) | |
| PENSION AND RETIREMENT PLAN, ) | |
|     Defendants. ) | |

**MOTION FOR SUMMARY JUDGMENT**

      COMES NOW Plaintiff Mike V. Mata, and, pursuant to Rule 56, F.R.C.P., hereby moves this Honorable Court for a grant of Summary Judgment in favor of Plaintiff Mike V. Mata based on the facts and case authority set forth in the accompanying Brief in Support of this Motion and Appendix in Support thereof, and to deny Defendants' Motion to Dismiss or Motion for Summary Judgment in Defendants' favor, as the case may be, and for such other and further relief as the Court deems necessary in the premises.

                                                    /s/ JOHN M. STULL
                                                  John M. Stull, Esq. (#568)
                                                  1300 N. Market St., #700
                                                  P. O. Box 1947
                                                  Wilmington, DE 19899
                                                  Ph. 302) 654-0399
                                                  Attorney for Plaintiff
                                                  JSTULLESQ@AOL.COM

Dated: May 1, 2006

## Certificate of Service

     I HEREBY CERTIFY THAT ON May 1, 2006, I electronically filed a true and correct copy of the foregoing Plaintiff's Opening Brief in support of Plaintiff Mike V. Mata's claims for pension benefits with service on counsel for Defendant DuPont, using CM/ECF, and following this filing did file electronically and serve on counsel for the Defendants this Motion for Summary Judgment, with the clerk of District Court to allow service on counsel for DuPont at:

POTTER ANDERSON & CORROON LLP  
Kathleen Furey McDonough, Esq.  
Sarah E. DiLuzio, Esq.  
1313 North Market Street  
P. O. Box 951  
Wilmington, DE 19899-0951

                                                 /s/ JOHN M. STULL  
                                                 John M. Stull, Esq. (Del. Bar #568)  
                                                 1300 N. Market Street, Ste 700  
                                                 P. O. Box 1947  
                                                 Wilmington, DE 19899  
                                                 Ph. 302) 654-0399  
                                                 Attorney for Mike V. Mata  
                                                 jstullesq@aol.com

Dated:  May 1, 2006