IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MIKE V. MATA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-423 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation; | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, Plan Administrator; and | ) | |
| PENSION AND RETIREMENT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. The Scheduling Order in this action is hereby amended to extend the date for the parties to file the Joint Proposed Final Pretrial Order, including Motions in *Limine*, from October 3, 2006 to and including November 3, 2006.

2. The Final Pretrial Conference, currently scheduled for November 1, 2006, is hereby postponed to a date and time convenient to the Court and counsel.

3. The Trial in this matter will remain as scheduled for a one (1) day Bench Trial beginning at 9:00 a.m. on December 1, 2006.

| | |
|---|---|
| JOHN M. STULL, ESQUIRE | POTTER ANDERSON & CORROON LLP |
| By /s/ John M. Stull<br>   John M. Stull (No. 568)<br>   1300 North Market Street<br>   Suite 700<br>   P.O. Box 1947<br>   Wilmington, DE 19801<br>   Telephone: (302) 654-0399<br>   Facsimile: (302) 654-0884<br>   jstullesq@aol.com | By: /s/ Sarah E. DiLuzio<br>   Kathleen Furey McDonough (No. 2395)<br>   Sarah E. DiLuzio (No. 4085)<br>   1313 North Market Street<br>   Wilmington, DE 19801<br>   Telephone: (302) 984-6000<br>   Facsimile: (302) 658-1192<br>   sdiluzio@potteranderson.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

Dated: September 28, 2006

       IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

752701