IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE V. MATA, ) | |
|     Plaintiff, ) | |
| v. ) | NOTICE OF APPEAL |
| E. I. DUPONT DE NEMOURS & CO; E. I. ) DUPONT DE NEMOURS AND COMPANY, ) Plan Administrator; and PENSION AND ) RETIREMENT PLAN, ) | C.A. No. 05-423 (KAJ) |
|     Defendants. ) | |

## NOTICE OF APPEAL OF COURT ORDER DATED OCTOBER 16, 2006

COMES NOW Mike V. Mata, Plaintiff, and through counsel, hereby APPEALS the Decision Entered October 16, 2006, in the District Court, District of Delaware, designated C.A. 05-423(KAJ), ruling against the Plaintiff in this matter in the case of Mike V. Mata v. E. I. DuPont de Nemours & Co., E. I. DuPont de Nemours & Company, Plan Administrator, and Pension and Retirement Plan, an employee benefit plan, and requests this Court to Enter this Appeal of the decision in favor of Defendants' Motion for Summary Judgment, to include any decision regarding attorneys' fees, with consideration of all issues raised and to be put forth in said Appeal.

DATED: November 16, 2006

/S/ JOHN M. STULL
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899
*Attorney for Plaintiff*
Ph. (302) 654-0399
FAX (302) 654-0884
jstullesq@aol.com

## CERTIFICATE OF SERVICE

I, John M. Stull, hereby certify this 16th day of November, 2006, that the foregoing Plaintiff's Notice of Appeal, in conjunction with an Application to Proceed in forma pauperus, was filed with the District Court and served by Hand Delivery on counsel for Defendant located at the following address:

**POTTER, ANDERSON & CORROON, LLP**
Kathleen Furey McDonough, Esquire (#2395)
Sarah Elizabeth DiLuzio, Esquire (#4085)
1313 North Market Street, P.O. Box 951
Wilmington, Delaware 19899-0951
sduluzio@potteranderson.com

/S/ JOHN M. STULL
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899
*Attorney for Plaintiff*
Ph. (302) 654-0399
FAX (302) 654-0884
jstullesq@aol.com