OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DEFICIENCY NOTICE**

DATE: _11-16-06_

TO: _John Stull_

RE:   CA# _05-423KAJ_ CASE CAPTION: _Mata v. E.I. Dupont, et al._

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:   ☐ **The Court will take no action on subject document until discrepancies are corrected,**

or   ☑ **Corrective action has been taken by the Court, however future filings should address these concerns.**

☐   D.I.#____ Courtesy copy not received by end of next business day.

☐   D.I.#____ Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐   D.I.#____ Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐   D.I.#____ Redacted copy of sealed document not filed within 5 business days.

☐   D.I.#____ Pro Hac Vice fee not paid for attorney(s)_____.

☐   D.I.#____ Attorney account used to file document does not agree with the signature /s/ on document.

☐   D.I.#____ Certificate of Service (when required) was not included as last page of the document.

☐   D.I.#____ Certificate of Service (when required) does not show service on all NON-electronic parties.

☐   D.I.#____ No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐   D.I.#____ Discovery document(s) erroneously filed. Document will be removed from the docket.

☐   D.I.#____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐   D.I.#____ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐   D.I.#____ Brief does not conform to local rules:_____.

☐   D.I.#____ Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐   D.I.#____ Sealed documents not properly presented for filing -_____.

☐   D.I.#____ Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☐   D.I.#____ _Notice of appeal & IFP not filed electronically._

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

_R.P.G_

Deputy Clerk

(DEFICIENCY NOTICE - Rev. 11/06)