IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MIKE V. MATA,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )   Civil Action No. 05-423-KAJ
                                       )
E.I. DU PONT DE NEMOURS AND            )
COMPANY, a Delaware                    )
corporation; E.I. DU PONT DE           )
NEMOURS AND COMPANY, Plan              )
Administrator; and PENSION             )
AND RETIREMENT PLAN,                   )
                                       )
          Defendants.                  )

**ORDER**

At Wilmington this 12th day of December, 2006,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

          IT IS ORDERED that the application is GRANTED.


                                        _____
                                        United States District Judge