UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 7, 2008
DCO-53

No. 06-4825

Mike V. Mata,
      Appellant

vs.

EI DuPont de Nemours & Company, A Delaware Corporation;
E I DuPont de Nemours & Co Plan Administrator;
Pension and Retirement Plan

(D. Del No. 05-cv-00432)

**PRESENT:   BARRY, CHAGARES and GREENBERG, Circuit Judges.**

1. Clerk's submission for possible dismissal;

2. Response by Appellees to Clerk's letter for Possible Dismissal;

3. Response by Appellant Mike V. Mata to Clerk's letter for Possible Dismissal.

              /s/ Timothy McIntyre
              Case Manager  267-299-4953

**O R D E R**

The notice of appeal was not timely filed in accordance with Fed. R. App. P. 4(a).  Moreover, Appellant did not timely file his motion to alter judgment to toll the deadline for filing the notice of appeal.  See Fed. R. App. P. 4(a)(4)(A); Fed. R. Civ. P. 59(e).  Accordingly, the appeal is dismissed.

        By the Court,


        **/s/ Maryanne Trump Barry**
        **Circuit Judge**

**Dated:** March 11, 2008
tmm/cc: Donna L. Goodman, Esq.
   Raymond M. Ripple, Esq.
   John M. Stull, Esq.